UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWARAJ UDAS,<br><br>     Petitioner,<br><br>  v.<br><br>WARDEN OF THE ADELANTO ICE PROCESSING CENTER,<br><br>     Respondent. | Case No. 5:26-cv-00500-FLA (DTB)<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR TEMPORARY RESTRAINING ORDER [DKT. 2]** |

## RULING

On February 3, 2026, *pro se* Petitioner Swaraj Udas ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2241, challenging his immigration detention as a violation of the Due Process Clause of the Fifth Amendment, the Immigration and Nationality Act, the Administrative Procedure Act, and applicable federal regulations. Dkt. 1. That same day, Petitioner filed the subject Motion for Temporary Restraining Order ("Motion"), requesting the court order his immediate release as a lawful permanent resident, waive the bond requirement under Federal Rule of Civil Procedure 65(c), and enjoin Respondent from re-arresting or re-detaining Petitioner absent compliance with constitutional

protections and its own longstanding policies.  Dkt. 2 at 1.

On February 6, 2026, the court issued an Order setting a briefing schedule on the subject Motion, and set February 13, 2026, as Respondent's deadline to file a response to the Motion.  Dkt. 5.  On February 13, 2026, Respondent Warden of the Adelanto ICE Processing Center ("Respondent") made an appearance in this action through the filing of a Notice of Appearance of Counsel.  Dkt. 6.  To date, Respondent has not filed a Response to the Motion or requested additional time to respond.  Pursuant to Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion …."

The court DEEMS Respondent's failure to file a timely Response as consent to the granting of the Motion and ORDERS Respondent to:

(1) release Petitioner from custody immediately;

(2) return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; and

(3) file a statement with the court within one business day of Petitioner's release, attesting to Respondent's compliance with this Order.

Respondent is preliminarily ENJOINED from re-arresting or re-detaining Petitioner during the pendency of the subject *habeas* action absent express authorization by this court.  The court exercises its discretion and waives the posting of a bond.  *See* Fed. R. Civ. P. 65(c).

IT IS SO ORDERED.

Dated: February 23, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge