UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SWARAJ UDAS,

Petitioner,

v.

WARDEN OF ADELANTO ICE
PROCESSING CENTER,

Respondent.

Case No. 5:26-cv-00500-FLA (DTB)

**ORDER ACCEPTING AND
ADOPTING IN PART FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petitioner Saraj Udas's ("Petitioner") Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 ("Petition," Dkt. 1), all relevant records and documents in the docket, the Report and Recommendation of the United States Magistrate Judge ("Report," Dkt. 12), and Respondent Warden of the Adelanto ICE Processing Center's ("Respondent") Objections (Dkt. 16) thereto.

Having made a *de novo* review and determination of those portions of the Report to which objections have been made, the court CONCURS with, ACCEPTS, and ADOPTS the findings, conclusions, and recommendations of the Magistrate Judge EXCEPT FOR the recommendation that this court order Respondent to

1

reinstate Petitioner's lawful permanent resident status. *See* Dkt. 16 at 2–4. Based on the evidence presented, the court cannot conclude Petitioner's lawful permanent resident status has been revoked, Respondent has the authority to reinstate Petitioner's lawful permanent resident status if revoked, or that the court has jurisdiction to order reinstatement of such status on the subject *habeas* Petition. The Objections are otherwise OVERRULED.

IT THEREFORE IS ORDERED that Judgment be entered: (a) declaring that Immigration and Customs Enforcement's ("ICE") characterization of Petitioner as an "arriving alien to the United States" violated 8 U.S.C. § 1101(a)(13)(C) and the Due Process Clause of the Fifth Amendment, in light of his lawful permanent resident status; (b) declaring that Petitioner is not subject to detention pursuant to 8 U.S.C. § 1225; and (c) enjoining Respondent from re-detaining Petitioner without notice and an individualized pre-detention hearing at which it is determined that detention is lawful and warranted under the applicable statutes and regulations.

IT IS SO ORDERED.

Dated: May 19, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2