JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SWARAJ UDAS,

                    Petitioner,

      v.

WARDEN OF ADELANTO ICE PROCESSING CENTER,

                    Respondent.

Case No. 5:26-cv-00500-FLA (DTB)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (a) Immigration and Customs Enforcement's ("ICE") characterization of Petitioner Saraj Udas ("Petitioner") as an "arriving alien to the United States" violated 8 U.S.C. § 1101(a)(13)(C) and the Due Process Clause of the Fifth Amendment, based on Petitioner's lawful permanent resident status; (b) Petitioner accordingly is not subject to detention pursuant to 8 U.S.C. § 1225; and (c) Respondent Warden of the Adelanto ICE Processing Center ("Respondent") is enjoined from re-detaining Petitioner without notice and an individualized pre-

1

detention hearing at which it is determined that detention is lawful and warranted under the applicable statutes and regulations.

      IT IS SO ORDERED.

Dated: May 19, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge